# JAMES FRASER

v.

# PIERRE CHENE

## 1811

### Journal Entries

1. Declaration filed; rule to bring body . . . *Journal, infra,* *p. 359
2. Special bail; plea; issue; continuance . . . . . . " 364
3. Plea; issue; continuance . . . . . . . . . " 403